UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:

   MELVIN E MEERHOFF
   JENNY R MEERHOFF

Debtors

CASE NO: 04-30715

(Chapter 13)

JUDGE LAWRENCE S. WALTER

---

REPORT OF UNCLAIMED FUNDS

---

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985410**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 1/ 79 | MAC TOOLS<br>190 SOUTH WARNER RD<br>WAYNE, PA  19087 | 203.87 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 11/16/2009

Certificate of Service                    04-30715

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MELVIN E MEERHOFF          LESTER R THOMPSON          (84.1n)
JENNY R MEERHOFF           1340 WOODMAN DR            EMC MORTGAGE CORP
1708 XENIA AVENUE          DAYTON, OH  45432          909 HIDDEN RIDGE
DAYTON, OH  45410                                     STE 200
                                                      IRVING, TX  75038

(79.1)
MAC TOOLS
190 SOUTH WARNER RD
WAYNE, PA  19087

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        cs