UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-30715 |
|---|---|
| MELVIN E MEERHOFF | (Chapter 13) |
| JENNY R MEERHOFF | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 64 | ORKIN EXTERMINATING CO<br>2170 PIEDMONT RD NE<br>ATLANTA, GA  30324 | 12.44 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service                04-30715

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MELVIN E MEERHOFF
JENNY R MEERHOFF
1708 XENIA AVENUE
DAYTON, OH  45410

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(84.1n)
EMC MORTGAGE CORP
909 HIDDEN RIDGE
STE 200
IRVING, TX  75038

(64.1)
ORKIN EXTERMINATING CO
2170 PIEDMONT RD NE
ATLANTA, GA  30324

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs